# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN RE: SUCCESSION OF JACK
JOHNSON, JR.

NO.   2021 CW 0160

**APRIL 22, 2021**

---

In Re:     Alonzina M. Johnson, applying for supervisory writs,
           32nd Judicial District Court, Parish of Terrebonne,
           No. 24492.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of all pleadings on which the ruling at issue is founded, including the motion for attorneys' fees, in violation of Rule 4-5(C)(8) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before May 6, 2021, and must contain a copy of this ruling.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT